EXHIBIT 2

# UNITED TACONITE FLOW SHEET No. 7

