**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED TACONITE, LLC,<br><br>Defendant. | Case No. 19-CV-1043 (NEB/LIB)<br><br>ORDER ON JOINT STIPULATION TERMINATING CONSENT DECREE |

---

The United States and United Taconite, LLC, have filed a Joint Stipulation Terminating Consent Decree. (ECF No. 12.) The parties have acted in accordance with the procedures laid out in the Consent Decree for is termination. (ECF No. 3-1 ¶¶ 80–82.)

**CONCLUSION**

Based on the foregoing and on all the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. The Joint Stipulation Terminating Consent Decree (ECF No. 12) is APPROVED;

2. The Consent Decree (ECF No. 10) is TERMINATED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 12, 2021

BY THE COURT:

s/Nancy E. Brasel

Nancy E. Brasel
United States District Judge